UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THIERNO AMADOU DIALLO,

Petitioner,

- against -

KENNETH GENALO, ET AL.,

Respondents.

26-cv-6040 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the Government should provide the petitioner documentation showing the basis for the petitioner's detention.

By **Friday, July 17, 2026, at 5:00 p.m.**, the parties should submit a letter with a proposed briefing schedule.

During the pendency of this habeas proceeding, the petitioner shall not be removed from the Southern or Eastern Districts of New York or the District of New Jersey.

SO ORDERED.

Dated: New York, New York
July 16, 2026

John G. Koeltl
United States District Judge