UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THIERNO AMADOU DIALLO,

Petitioner,

- against -

KENNETH GENALO, ET AL.,

Respondents.

**26-cv-6040 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by telephone, for a conference regarding the petitioner's petition for writ of habeas corpus **today, July 16, 2026, at 5:00 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#

**SO ORDERED.**

**Dated:** New York, New York
July 16, 2026

John G. Koeltl
United States District Judge