**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**THIERNO AMADOU DIALLO,**

                    **Petitioner,**                          **26-cv-6040 (JGK)**

          **- against -**                                    **Order**

**KENNETH GENALO, ET AL.,**

                    **Respondents.**

**JOHN G. KOELTL, District Judge:**

The Government should respond to the petitioner's August 12, 2026 letter (ECF No. 22) by **August 17, 2026**.

**SO ORDERED.**

Dated:    New York, New York
          August 13, 2026              _____/s/ John G. Koeltl_____
                                              John G. Koeltl
                                       **United States District Judge**