**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**THIERNO AMADOU DIALLO,**

**Petitioner,**

**- against -**

**KENNETH GENALO, ET AL.,**

**Respondents.**

**26-cv-6040 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The Government is directed to respond to the petitioner's motion for reconsideration or to enforce the Court's prior Order by **September 8, 2026**. The petitioner may reply by **September 11, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**September 2, 2026**

**_____/s/ John G. Koeltl_____**
**John G. Koeltl**
**United States District Judge**